# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CARTER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>RON BROOMFIELD, Warden,<br><br>　　　　　Respondent. | Case No. 2:22-cv-01256-MCS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Petitioner's Motion for a Stay and Abeyance (ECF No. 36) be denied.

DATED: January 12, 2023

_____
MARC C. SCARSI
UNITED STATES DISTRICT JUDGE