# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Keith R. Carter,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Ron Broomfield,<br><br>　　　　　　　Respondent. | Case No. 2:22-cv-01256-MCS-LAL<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　Petitioner's Objections generally lack merit for the reasons set forth in the Report and Recommendation.

　　　Accordingly, IT IS ORDERED THAT:

　　　1.　The Report and Recommendation is approved and accepted;

　　　2.　Judgment be entered denying the Petition and dismissing this action with prejudice; and

　　　3.　The Clerk serve copies of this Order on the parties.

DATED: August 23, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ Mark C. Scarsi
　　　　　　　　　　　　　　　　　　　　　HONORABLE MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE