JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Keith R. Carter,

               Petitioner,

      v.

Ron Broomfield,

               Respondent.

Case No. 2:22-cv-01256-MCS-LAL

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 23, 2023

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE